# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOPE HOUSE IN MIDLAND PA,** | Case No. 2:24-cv-00456 |
| **Plaintiff,** | |
| v. | **COMPLAINT** |
| **BOROUGH OF MIDLAND,** | |
| **Defendant.** | **Jury Trial Demanded** |

## HOPE HOUSE IN MIDLAND PA'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Hope House in Midland PA hereby certifies that it is a 501(c)3 nonprofit corporation and is not a publicly-held company.

Dated: March 26, 2024

Respectfully,

/s/ *Falco A. Muscante II*
H. Woodruff Turner (Pa. Bar No. 1402)
Nathan Townsend (Pa. Bar No. 327215)
Falco A. Muscante II (Pa. Bar No. 333759)
**K&L GATES LLP**
210 Sixth Ave.
Pittsburgh, PA 15222
Phone: (412) 355-6500
woodruff.turner@klgates.com
nathan.townsend@klgates.com
falco.muscanteii@klgates.com

Jeremy Dys
(*pro hac vice* forthcoming)
Ryan Gardner
(*pro hac vice* forthcoming)

**FIRST LIBERTY INSTITUTE**
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075
Phone: (972) 941-4444
jdys@firstliberty.org
rgardner@firstliberty.org
cvarone@firstliberty.org

Camille P. Varone
(*pro hac vice* forthcoming)
**FIRST LIBERTY INSTITUTE**
1331 Pennsylvania Ave., N.W.
Suite 1410
Washington, DC 20004
Phone: (202) 921-4105
cvarone@firstliberty.org

*Attorneys for Plaintiff Hope House*