AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-456

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Borough of Midland__
was received by me on *(date)* __3/28/2024__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jeff Adams, Code Enforcement Officer__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Borough of Midland__ on *(date)* __3/28/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/28/2024__

_Timothy N. Townsend_
Server's signature

__T. Nathan Townsend, Associate__
Printed name and title

__210 Sixth Avenue, Pittsburgh PA 15222, Suite 28__
Server's address

Additional information regarding attempted service, etc: