### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOPE HOUSE IN MIDLAND PA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cv-00456-CB |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| BOROUGH OF MIDLAND, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All counsel of record in this case must read the attached article on mediation prior to the initial Case Management Conference, and share the same with their client(s). The attached article is being disseminated with permission of the author and The Pennsylvania Lawyer.

May 21, 2024                                                             s/Cathy Bissoon
                                                                                    Cathy Bissoon
                                                                                    United States District Judge


Attachment
cc (via ECF email notification):
All Counsel of Record